IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHERRON JACKSON**                                                                                    **PLAINTIFF**

v.                                    **Case No. 4:22-cv-00471-KGB**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                 **DEFENDANT**

**ORDER**

Before the Court are the Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 19). Judge Harris recommends that the Administrative Law Judge's ("ALJ") decision be affirmed, that plaintiff Cherron Jackson's complaint be dismissed, that the requested relief be denied, and that judgment be entered for defendant the Acting Commissioner of the Social Security Administration Kilolo Kijakazi (*Id.*, at 21). Ms. Jackson filed timely objections to Judge Harris's Recommendation (Dkt. No. 20). After careful consideration of the Recommendation and the objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 19).

The Court writes to address Ms. Jackson's objections. Ms. Jackson asserts four overall objections, supporting one objection with specific points (Dkt. No. 20, at 1-4). Ms. Jackson's first objection addresses whether Judge Harris erred in finding that the ALJ complied with the Order in *Jackson v. Saul*, Case No. 4:19-cv-45-DPM, which remanded Ms. Jackson's prior case (*Id.*, at 1-2). Her second objection addresses whether Judge Harris erred in finding that the ALJ correctly understood the instructions in the prior Order in *Jackson v. Saul*, Case No. 4:19-cv-45-DPM, with respect to the treating professionals' joint opinion (*Id.*, at 2). Ms. Jackson's third objection asserts that Judge Harris erred in finding that the ALJ explained why, "with solid particulars," the opinions

of the treating physicians were not controlling, with several specific points raised by Ms. Jackson in the objection (*Id.*, at 2-4). For her final objection, Ms. Jackson maintains that Judge Harris erred in finding that the ALJ gave a proper hypothetical question to the vocational expert (*Id.*, at 4). Ms. Jackson acknowledges that her brief in support of her objections raises many of the same points filed in her opening brief (*Id.*). The Court, having reviewed the record as a whole, overrules Ms. Jackson's objections and affirms the standard applied, reasoning set forth, and conclusions reached by Judge Harris (Dkt. No. 19, at 10-12).

For these reasons, the Court adopts Judge Harris's Recommendation as this Court's findings in all respects (Dkt. No. 19). The Court affirms the ALJ's decision, dismisses Ms. Jackson's complaint, denies the requested relief, and enters judgment for defendant the Acting Commissioner.

So ordered this 26th day of September, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge